UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. WAGIH H. MAKKY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; KIP HAWLEY, Director, Transportation Security Administration, in his official capacity; DEPARTMENT OF HOMELAND SECURITY; TRANSPORTATION SECURITY ADMINISTRATION; OFFICE OF PERSONNEL MANAGEMENT; and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 06-4329 (JEI)<br><br>**ORDER** |

**APPEARANCES:**

SETON HALL UNIVERSITY SCHOOL OF LAW
CENTER FOR SOCIAL JUSTICE
By: Baher Azmy, Esq.
Joseph Farano, Clinic Student
Jesse Ehnert, Clinic Student
Alexandra Pitney, Clinic Student
833 McCarter Highway
Newark, NJ 07102
Counsel for Plaintiff

U.S. DEPARTMENT OF JUSTICE
By: Steven Yale Bressler, Esq.
20 Massachusetts Avenue, NW
Washington, DC 20001

CHRISTOPHER CHRISTIE, UNITED STATES ATTORNEY
By: Yanet Perez Noble, Esq.
970 BROAD STREET
Room 700

Newark, NJ 07102
Counsel for Defendants

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Defendants' partial Motion to Dismiss and partial Motion for Summary Judgment, (Docket No. 12), and Plaintiff's Cross Motion to Continue Summary Judgment (Docket No. 21), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 31st day of May, 2007,

**ORDERED THAT:**

1. Defendants' partial Motion to Dismiss and partial Motion for Summary Judgment (Docket No. 12) is hereby **GRANTED.**

2. Plaintiff's Cross-Motion to Continue Summary Judgment (Docket No. 21) is hereby **DENIED.**

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.